NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
(415) 955-1155

ATTORNEY(S) FOR: Plaintiff Pan Digital Network Limited

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pan Digital Network Limited,<br>Plaintiff(s),<br>v.<br>2069913 Ontario Limited, an Ontario, Canada business corporation, et al.,<br>Defendant(s) | CASE NUMBER:<br>2:23-cv-00584<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Pan Digital Network Limited or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Karma Business Solutions, an India private ltd. company. | 1. Client of Plaintiff. |
| 2. Prisma IT Solutions, a Bulgaria limited company. | 2. Client of Plaintiff. |
| 3. Anden Online N.V. dba Rockers Tech, a Curaçao LLC. | 3. Client of Plaintiff. |
| 4. Jackson Consultancy Ltd., a U.K. ltd. company. | 4. Client of Plaintiff. |
| 5. Domiseda and Partners SRO, a Slovakia private LLC. | 5. Client of Plaintiff. |
| 6. Spervi Ltd., a Cyprus limited company. | 6. Client of Plaintiff. |
| 7. TGI Entertainment NV, a Curaçao public ltd. company. | 7. Client of Plaintiff. |
| 8. Scartesu Limited, a Cyprus ltd. company. | 8. Client of Plaintiff. |
| 9. MFI Investments Limited, a Cyprus ltd. company. | 9. Client of Plaintiff. |
| 10. Abarth Solutions, a U.K. private ltd. company. | 10. Client of Plaintiff. |

January 25, 2023
Date

s/ Karl S. Kronenberger
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Pan Digital Network Limited