POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Karl Kronenberger, 226112<br>Kronenberger Rosenfeld<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>TELEPHONE NO.: (415)955-1155 Ext 121<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF/PETITIONER: Pan Digital Network Limited
DEFENDANT/RESPONDENT: 2069913 Ontario Limited. et al.

CASE NUMBER: 2:23-cv-00584-SPG-MAA

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: ICanPay: Pan Digital

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Civil Cover Sheet, Certification end Notice of Interested Parties, Corporate Disclosure Statement, Notice of Assignment, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed, Standing Order Regarding Newly Assigned Civil Cases, Order Setting Scheduling Conference, Civil Pretrial Schedule and Trial Order, Standing Order for Motions for Summary Judgment, Final Pretrial Conference Order, [Proposed] Order Granting Name of Motion/Stipulation/Application, Initial Standing Order, Stipulated Protective Order

3. a. Party served: Frank Cristaudo, an individual

   b. Person Served: Party in Item 3a

4. Address where the party was served: 40 River Rd, 12K
   New York, NY 10044

5. I served the party
   b. by substituted service. On (date): 03/03/2023 at (time): 12:02PM I left the documents listed in item 2 with or in the presence of: John Doe (M/C/38/5'6/140) - Person Most Knowledgeable
      (2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name: Dominic DellaPorte
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 338.25
   e. I am:
      (1) Not a registered California process server.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Date: 03/03/2023

Dominic DellaPorte
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19909028

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Karl Kronenberger, 226112<br>Kronenberger Rosenfeld<br>150 Post Street | (415)955-1155 Ext 121 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>ICanPay: Pan Digital | |

Insert name of court, judicial district or branch court, if any:

Central District of California - District - Los Angeles - First Street
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:
Pan Digital Network Limited

DEFENDANT:
2069913 Ontario Limited, et al.

| DECLARATION OF DILIGENCE | | | | CASE NUMBER:<br>2:23-cv-00584-SPG-MAA |
|---|---|---|---|---|

I received the within process on 2/27/2023 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Frank Cristaudo, an individual

(1)Home: 40 River Rd, 12K, New York, NY 10044

As enumerated below:

On 3/1/2023 10:38:00 AM at address (1) above. No Authorized Agent Doorman called spoke to him in his apartment he said to tell me his lawyers said not to accept papers.

Date: 03/03/2023

Not a registered California process server.

Dominic DellaPorte
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Dominic DellaPorte*

OL# 19909028

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Karl Kronenberger, 226112<br>Kronenberger Rosenfeld<br>150 Post Street | (415)955-1155 Ext 121 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.:<br>ICanPay: Pan Digital | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA 90012 |

| PLAINTIFF: |
|---|
| Pan Digital Network Limited |

| DEFENDANT: |
|---|
| 2069913 Ontario Limited, et al. |

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>2:23-cv-00584-SPG-MAA |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/03/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, Corporate Disclosure Statement, Notice of Assignment, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed, Standing Order Regarding Newly Assigned Civil Cases, Order Setting Scheduling Conference, Civil Pretrial Schedule and Trial Order, Standing Order for Motions for Summary Judgment, Final Pretrial Conference Order, [Proposed] Order Granting Name of Motion/Stipulation/Application, Initial Standing Order, Stipulated Protective Order

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma , California, addressed as follows:

Frank Cristaudo, an individual
40 River Rd, 12K
New York, NY 10044

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 338.25

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

*Sandra Alcala*

Sandra Alcala

OL # 19909028