UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-00584-SPG(MAAx) | Date | August 30, 2023 |
| Title | Pan Digital Network Limited v. 2069913 Ontario Limited et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Jeffrey Rosenfeld | No appearance |

**Proceeding:** STATUS CONFERENCE RE MOTION FOR DEFAULT JUDGMENT [18]

Case called and counsel states his appearance. The Court hears oral argument. For reasons stated on the record the motion is taken under submission with an order to be issued.

: 11

Initials of Preparer   PG