**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Jeffrey M. Rosenfeld (Bar No. 222187)
jeff@kr.law
548 Market Street, #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff Pan Digital Network Limited

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**PAN DIGITAL NETWORK LIMITED,** a United Kingdom limited company,

Plaintiff,

v.

**2069913 ONTARIO LIMITED,** an Ontario, Canada business corporation, **FRANK CRISTAUDO,** an individual, **CRISTAUDO HOLDINGS LLC,** a New York limited liability company, **MAXWELL DEAN MORGAN**, an individual, and **JOHN DOES 1-10,**

Defendants.

Case No. 2:23-cv-00584 SPG (MAAx)

**PLAINTIFF PAN DIGITAL NETWORK LIMITED'S NOTICE OF MOTION AND MOTION TO AMEND FIRST AMENDED COMPLAINT TO DISMISS CAUSES OF ACTION 1-8 AND FOR DEFAULT JUDGMENT**

Date: May 22, 2024
Time: 1:30 p.m.
Ctrm: 5C
Judge: The Hon. Sherilyn Peace Garnett

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that on May 22, 2024 at 1:30 p.m., in Courtroom 5C of the above-referenced Court, located at the First Street Courthouse, 350 West First Street, 5th Floor, Los Angeles, California, 90012-4565, Plaintiff Pan Digital Network Limited will and hereby does move to amend the First Amended Complaint under Federal Rule of Civil Procedure 15(a) to dismiss Causes of Action 1-8 as to all remaining Defendants and to dismiss Defendants John Does 1-10. Without such amendment concerns over conflicting judgments may arise when the Court evaluates Plaintiff's concurrently-filed motion for default judgment.

Further, Plaintiff will and hereby does move the Court to enter default judgment against Defendants Maxwell Morgan ("Morgan") and 2069913 Ontario Limited. This motion is made on the grounds that:

1. Default was entered against Morgan on February 9, 2024, for failure to respond to the First Amended Complaint.
2. Default was entered against 2069913 Ontario Limited on April 3, 2024, for failure to respond to the First Amended Complaint.
3. Neither Morgan nor 2069913 Ontario Limited is an infant, incompetent, in active military service, or otherwise exempted from default judgment under the Soldiers and Sailors' Civil Relief Act of 1940.
4. Notice of the amount requested by Plaintiff in judgment is being made to Morgan and 2069913 Ontario Limited concurrently with the filing of this motion.
5. Default judgment in favor of Plaintiff on the one hand and against Morgan and 2069913 Ontario Limited on the other hand is justified in light of the substantive merits of Plaintiff's claims, the sufficiency of Plaintiff's allegations, the amount of money at stake in this action, the

possibility of prejudice to Plaintiff if relief is denied, the lack of any possible dispute with respect to any material fact in the case, and because Defendants' defaults did not result from excusable neglect.

Plaintiff seeks damages in an amount certain of $1,127,889.91, jointly and severally against Morgan and 2069913 Ontario Limited, which reflects both: a) the amount that Maxwell Morgan was required to pay under the relevant Payment Agreement (but failed to pay), and b) the amount of wrongful profits realized by 2069913 Ontario Limited from its false advertising. Additionally, Plaintiff seeks attorney's fees of $26,157 pursuant to the Payment Agreement, Lanham Act, 15 U.S.C. §1117(a), and Local Rule 55-3.

This motion is based upon the entries of default against Morgan and 2069913 Ontario Limited, the concurrently-filed Memorandum of Points and Authorities and declarations of Karl S. Kronenberger and Kotaro Shimogori, all pleadings and papers on file in this action, and such other and further evidence and argument that may be presented at the hearing on this motion. Plaintiff has also submitted a proposed order with the filing of this motion.

Respectfully Submitted,

DATED: April 12, 2024

**KRONENBERGER ROSENFELD, LLP**

By: s/ Karl S. Kronenberger
Karl S. Kronenberger

Attorneys for Plaintiff Pan Digital Network Limited

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108