**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Jeffrey M. Rosenfeld (Bar No. 222187)
jeff@kr.law
548 Market Street, #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
Pan Digital Network Limited

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**PAN DIGITAL NETWORK LIMITED,** a United Kingdom limited company,

Plaintiff,

v.

**2069913 ONTARIO LIMITED,** an Ontario, Canada business corporation, **CHRISTOPHER FAGON,** an individual, **ANDREW BURROWS-TROTMAN,** an individual, **CRISTAUDO HOLDINGS LLC,** a New York limited liability company, **FRANK CRISTAUDO,** an individual, and **JOHN DOES 1-10,**

Defendants.

Case No. 2:23−cv−00584 SPG (MAAx)

**DECLARATION OF KOTARO SHIMOGORI IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT TO DISMISS CAUSES OF ACTION 1-8 AND FOR DEFAULT JUDGMENT**

Date: May 22, 2024
Time: 1:30 p.m.
Ctrm: 5C
Judge: The Hon. Sherilyn Peace Garnett



KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

I, Kotaro Shimogori, declare as follows:

1. I am a director of Pan Digital Network Limited ("PDNL"), the Plaintiff in the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2. PDNL assists merchants that operate in high-risk industries with finding credit/debit card processing solutions. Specifically, PDNL assists its clients by connecting them with Payment Services Provides ("PSPs") that have contracted with banks that are willing to accept credit/debit card transactions from merchants in high-risk industries.

3. In turn, the PSPs help form relationships between PDNL's clients and one or more acquiring banks.

4. Once PDNL establishes a relationship between a client and a PSP, PDNL assists the client with transmitting the client's credit and debit card transactions to the PSP. PDNL receives the settled funds, which it remits to its clients less its contractual fee.

5. In particular, PDNL assists its clients with compiling credit and debit card transactions into batches, which contain authorization codes; PDNL then sends the batches to a PSP and then to an acquiring bank, which in turn categorizes the transactions by card-issuing bank. When the card-issuing bank settles the transactions, it sends the funds to the acquiring bank, which in turn sends the funds to PDNL.

6. Merchants and/or merchant service providers like PDNL can view their transaction history through their PSP's online portal or through their separate payment gateway software system. Such portals provide access to transaction details like the date and time of the transaction, the amount charged, and the card type used. PDNL downloaded the transaction data for all of the transactions it submitted to 2069913 Ontario Limited *dba* AzulPay

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

("AzulPay") through PDNL's payment gateway software system provided by payment Technologies.

7. These records demonstrate that PDNL submitted 119,772 credit and debit card transactions to AzulPay.

8. Attached hereto as **Exhibit A** are spreadsheets containing the complete set of successful transactions submitted by PDNL to AzulPay. My attorneys have redacted the portions of **Exhibit A** that display the personal information of the consumer and the identity of PDNL's client.

9. The total U.S. Dollar value of the transactions in **Exhibit A** is $2,941,578. This amount was calculated by using the Sum function in Excel on Column "G," and then applying a 1.00-to-1.00 Euro-to-U.S. Dollar exchange rate, which was the exchange rate on November 7, 2022, the date of the last communication that PDNL received from AzulPay. I determined this historical exchange rate using the website: www.exchangerates.org.uk.

10. The contract between PDNL and AzulPay authorized AzulPay to withhold fees for its processing service, namely $0.45 per transaction and 8.5% of the total amount settled. Based on 119,772 transactions and $2,941,578 in settled funds, AzulPay was entitled to $303,931 in fees.

11. PDNL's bank records reflect that in total, PDNL received payments from AzulPay or on behalf of AzulPay in the amount of $1,509,746.62.

12. Thus, AzulPay failed to pay PDNL $1,127,899. Defendants stole this sum from PDNL, and PDNL has not been compensated by Defendants or otherwise.

13. These calculations are reflected in **Exhibit B**.

14. PDNL brought this lawsuit to recover $1,127,889.91 that had been stolen from it by a supposed payment service provider AzulPay.

15. After PDNL filed this suit, PDNL entered into a written agreement with Defendant Maxwell Dean Morgan ("Morgan") dated March 7, 2023 (the "Payment Agreement"). A true and correct copy of the Payment Agreement is attached hereto as **Exhibit C**.

16. Under the Payment Agreement, Morgan agreed to repay the $1,127,889.91 that had been stolen from PDNL over the course of six payments.

17. Morgan failed to make any of the payments required under the Payment Agreement.

18. To my knowledge, neither Morgan nor AzulPay is a minor nor an incompetent person nor an active member of the military.

19. PDNL currently intends to seek relief against the Cristaudo Defendants in a forum where jurisdiction is not subject to dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct that this Declaration was executed on April 5, 2024, in Sacramento, California.

By: ____________________
Kotaro Shimogori

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108