# Exhibit B

# Summary of Credit and Debit Card Transactions Submitted by Pan Digital Network Limited to 2069913 Ontario Limited *dba* AzulPay

1. **Total Number of Transactions Submitted by PDNL to AzulPay: 119,772.**

2. **Total Amount in U.S. Dollars of Successful Transactions Submitted by PDNL to AzulPay: $2,941,578.**[1]

3. **Total Fees Due to AzulPay based on Successful and Unsuccessful Transactions per Contract (i.e. $0.45 per transaction plus 8.5% discount rate): $303,931.**

4. **Total Amount Ever Due from AzulPay to PDNL: $2,637,646.**

5. **Total Amount Paid by AzulPay to PDNL: $1,509,746.**

6. **Total Unpaid Amount Due from AzulPay to PDNL: $1,127,899.**

[1] This calculation uses a 1.00-to-1.00 Euro to U.S. Dollar conversion rate, which was the conversation rate as of November 7, 2022, the last date that AzulPay communicated with PDNL according to https://www.exchangerates.org.uk/.