# Exhibit A

This agreement dated on *(insert date)* is by and between 2069913 Ontario Inc. O/A Azulpay with its offices at 100 King St W, Suite 5700, Toronto, ON. M5X1C7 hereafter referred to as "Azulpay" and Pan Digital Network, Limited with its offices located at13 Maddox St, London W1S 2QG, UK hereafter referred to as "client".

2069913 Ontario Inc. shall provide Credit Card processing capabilities to the Client as well as other agreed to services such as gateway services, chargeback management and any other services deemed necessary for the successful processing and operation of its online business. The Client acknowledges that it is obligated to operate in accordance with all processing regulations.

**Rates**

Outlined in Exhibit "A"

**Reserve**

A reserve shall be held against the sum total of all processed sales. The reserve shall be a six-month "rolling" reserve unless otherwise specified. The reserve shall be held in a non-interest-bearing account. Client will be entitled to begin receiving reserve funds less credits, chargebacks, fines or fees, at the end of the six-month period provided only that the account has been maintained in good standing and chargeback rates have remained within the guidelines set forth. 2069913 Ontario Inc. retains the right to increase the reserve fees at any time if it is deemed necessary based on Clients chargeback levels.

**Refusal of Service**

2069913 Ontario Inc. reserves the right to refuse or revoke service at any time at 2069913 Ontario Inc.'s sole discretion.

**Representations**

Client must not misrepresent its products or services with exaggerated ad copy. All advertisements online or otherwise must be free of false or misleading statements. Client must inform its customers of the billing descriptor that will appear on their monthly statement.

**Chargebacks**

Client will be charged for each chargeback as outlined in exhibit "A" in addition to having the total amount of the sale deducted from pending settlement. 2069913 Ontario Inc. reserves the right to increase chargeback fees if Clients chargeback percentages are deemed unacceptable.

**Fees/Fines**

Client accepts responsibility for all fees and fines that may be enforced by the card associations or processing banks in connection with the transactions they have submitted. Documentation of all fees shall be available upon request from 2069913 Ontario Inc.

**Indemnity**

Under no circumstances shall 2069913 Ontario Inc., its staff, its affiliates or its contractors be liable for any direct, or consequential damage that results from Clients use of this service. Client agrees and acknowledges that all sales processed through 2069913 Ontario Inc. are generated from its own efforts. Client agrees to defend, indemnify and hold 2069913 Ontario Inc., its staff and its affiliates harmless from any and all liabilities, costs, expenses (including legal fees) arising from any violation of this agreement by Client or any employee or party that may have accessed the processing service through Clients account.

**Guarantee**

Both parties agree that Client and the signer of this agreement are responsible for any and all fees, fines and unpaid chargebacks that may exceed any amount held in reserve or on deposit and that said amounts will be paid promptly at the request of 2069913 Ontario Inc. Client furthermore agrees that this guarantee shall remain in effect for one year from the date of the last transaction submitted by Client.

Client Signature: ______________________________

Date: July 7, 2022 ______________________________

2069913 Ontario Inc. Signature: CFagon ______________________

Date: ______________________________

**EXHIBIT A**

Discount Rate: 8.50%

Transaction Fee: $0.45 Approved / Declined

Refund Fee: $3.50

Chargeback: $30 Under 1% and $75 Over 1%

Settlement Schedule: T+7 Days

Rolling reserve is 10% for 180 days

Per Transaction Limit:

Minimum USD 10.00 & Max per transaction: USD 1,500.00

Average USD 100.00

Monthly Aggregated Volume Limit Monthly Basis - USD 2,500,000.00

Authorized Currencies - USD / EURO / GBP

SETTLEMENT - USD Minimum Settlement amount - USD 5,000.00